# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William T. Coleman,<br>*Plaintiff*<br>v.<br><br>16th Circuit Judicial Family Court of York<br>County; Judge David G. Guyton, et al,<br>*Defendants* | )<br>)<br>)  Civil Action No.    0:17-cv-02541-JFA<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, William T. Coleman, shall take nothing of the defendants, 16th Circuit Judicial Family Court
of York County; Judge David G. Guyton, and this action is dismissed with prejudice for failure to prosecute
pursuant to Rule 41(b).

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Joseph F. Anderson, Jr., Senior United States District Judge, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the
dismissal of this action with prejudice.

Date:  January 8, 2018                                   *ROBIN L. BLUME, CLERK OF COURT*


                                                         s/M. Walker
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*